AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RECEIVED
By USMS District of Columbia District Court at 5:09 pm, May 22, 2025

United States of America
v.
ELIAS RODRIGUEZ

*Defendant*

)
)
)
)
)
)
)

Case: 1:25-mj-00091
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 5/22/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ELIAS RODRIGUEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

| | |
|---|---|
| 18 U.S.C. § 1116 | - Murder of Foreign Officials |
| 18 U.S.C. § 924(j) | - Causing the Death of a Person Through the Use of a Firearm |
| 18 U.S.C. § 924(c)(1)(A)(iii) | - Discharge of a Firearm During a Crime of Violence |
| D.C. Code § 22-2101 | - First Degree Murder (two counts) |

Date: 05/22/2025

*Issuing officer's signature*

City and state: Washington, DC

Matthew J. Sharbaugh, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 05/22/2025, and the person was arrested on *(date)* 05/22/2025
at *(city and state)* Washington, DC.

Date: 05/22/2025

*Arresting officer's signature*

Stephen H. Lewe   DUSM
*Printed name and title*