IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-cr-224-RDM |
| ELIAS RODRIGUEZ, | |
| *Defendant.* | |

**NOTICE OF WITHDRAWAL OF APPEARANCE BY ASSISTANT U.S. ATTORNEY**

The United States of America, through the undersigned counsel, respectfully submits this Notice of Withdrawal of Appearance by Assistant U.S. Attorney in the above-captioned case.

I, Timothy Visser, notified the United States Attorney's Office for the District of Columbia that I will soon be leaving the employment of the Department of Justice. Thus, I am no longer able to serve as counsel for the United States of America in the above-captioned case and request to be terminated from the docket.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Timothy Visser
Timothy Visser (D.C. Bar No. 1028375)
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2590
timothy.visser@usdoj.gov

1