UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELIAS RODRIGUEZ,<br><br>Defendant. | Case No. 25-CR-224 (RDM) |

## NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that Assistant United States Attorney Jeffrey Nestler, as counsel for the United States, is hereby terminating his appearance as counsel of record.

    Respectfully submitted,

    JEANINE FERRIS PIRRO
    UNITED STATES ATTORNEY

By: */s/ Jeffrey Nestler*
    JEFFREY NESTLER
    Assistant United States Attorney
    DC Bar Number 978296
    United States Attorney's Office
    601 D Street NW
    Washington, DC 20530
    Telephone: 202-252-7277
    Email: jeffrey.nestler@usdoj.gov

*Counsel for the United States*