**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 25-cr-224 (RDM)** |
| | ) | |
| **ELIAS RODRIGUEZ** | ) | |
| | ) | |

**JOINT STATUS REPORT**

Elias Rodriguez, through undersigned counsel, and the United States of America, through undersigned counsel, submit this joint status report to provide the Court with an update on the case since the arraignment on the superseding indictment on March 3, 2026. At that hearing, the Court set a further status conference for May 5, 2026.

The government continues to review and produce discovery. The last production occurred the date of the March 3, 2026 status conference. Counsel for Mr. Rodriguez also continue to review discovery.  Since the arraignment and status hearing, counsel for Mr. Rodriguez participated in a meeting with the Capital Review Committee for the Department of Justice.

Due to the status conference set for May 5, 2026, the parties do not believe a further status report date is necessary at this time.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Diane Shrewsbury*
Elizabeth Mullin
Diane Shrewsbury
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

1

Eric K. Klein
Johnson & Klein, PLLC
5398 Manhattan Circle
Boulder, CO 80303
(303) 444-1885

Victor J. Abreu
Supervisory Assistant Federal Defender
Federal Community Defender Office, EDPA
601 Walnut Street, Ste 545 West
Philadelphia, PA 19106
(215) 928-0520


JEANINE FERRIS PIRRO
United States Attorney

 /s/ Christopher Tortorice
Christopher Tortorice
Assistant United States Attorney
TX Bar Number 24048912
National Security Section
601 D Street, N.W., 5th Floor
Washington, D.C.  20530
Office: (202) 252-7155
Christopher.tortorice@usdoj.gov

Charles R. Jones
Assistant United States Attorney
DC Bar Number 1035541
National Security Section
601 D Street, N.W., 5th Floor
Washington, D.C.  20530
Office: (202) 252-6976
Charles.Jones3@usdoj.gov

2