**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ELIAS RODRIGUEZ,**<br><br>**Defendant.** | **No. 25-cr-224 (RDM)** |

**NOTICE OF FILING CONCERNING JUROR QUESTIONNAIRES**

The United States of America respectfully submits for the Court's consideration the attached juror questionnaires used in the death penalty prosecutions identified below:

- Exhibit 1: *United States v. Dzhokhar Tsarnaev*, 13-10200-GAO, ECF No. 1178 (D. Mass. March 17, 2015)
- Exhibit 2: *United States v. Dylann Roof*, 2:15-472-RMG, ECF No. 433 (D.S.C. Sept. 26, 2016)

Respectfully Submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Charles R. Jones*
Charles R. Jones (DC Bar No. 1035541)
Assistant United States Attorney
United States Attorney's Office
601 D Street NW
Washington, DC 20530
charles.jones3@usdoj.gov

*Counsel for the United States*